UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NUMBER:   00-06062 CIV FERGUSON
MAGISTRATE JUDGE SNOW

BRENDA DIANE WHETSEL,

    Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL

Thomas D. Lardin, Esquire, of Thomas D. Lardin, PA, hereby files his Notice of Appearance as Co-Counsel for Plaintiff, BRENDA DIANE WHETSEL, in the above-referenced matter.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Appearance as Co-Counsel has been furnished, via United States mail, to: Dean M. Viskovich, Esquire, located at 3650 North Federal Highway, Suite 201, Pompano Beach, FL 33064 and J. P. Goshgarian, Esquire, associated with Greenberg & Lagomasino, PA, located at 799 Brickell Plaza, Suite 700, Miami, FL  33131, on this _28th_ day of _Jan._, 2000.

        THOMAS D. LARDIN, PA
        Counsel for Plaintiff
        1901 West Cypress Creek Road
        Suite 415
        Fort Lauderdale, FL  33309
        Telephone:     (954) 938-4406
        Facsimile:     (954) 938-4409

        By: _____
        Thomas D. Lardin, Esquire
        Florida Bar Number 230146