UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NUMBER: 00-06062 CIV FERGUSON
MAGISTRATE JUDGE SNOW

BRENDA DIANE WHETSEL,

    Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

**MOTION FOR EXTENSION OF TIME**

Plaintiff, BRENDA DIANE WHETSEL, by and through her undersigned counsel, moves this Honorable Court for an extension of time to respond to the Motion to Dismiss and Motion for More Definite Statement, filed by Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY and would state as follows:

1. This matter has been recently removed from State Court to Federal Court. The state proceedings were, in essence, for declaratory relief and for breach of contract.

2. Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY, has removed this matter to Federal Court, alleging diversity of citizenship, as well as federal question and preemption under ERISA.



Whetsel vs. General American Life Insurance Company

Case Number:   00-06062


3.   As a result of the removal and the insertion of federal issues, the undersigned has been asked to become involved in this matter recently.  Additional time is necessary to properly evaluate and respond to the Motion to Dismiss and Motion for More Definite Statement.

4.   The undersigned has discussed this matter with counsel for Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY, J. P. Goshgarian, Esquire, who has no objection to an extension of time of fifteen (15) days.

   W H E R E F O R E   Plaintiff, BRENDA DIANE WHETSEL, would respectfully request that this Honorable Court enter its Order extending the time within which Plaintiff, BRENDA DIANE WHETSEL, must serve a response to Defendant's Motion to Dismiss and Motion for More Definite Statement for fifteen (15) days.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following Motion for Extension of Time has been furnished, via United States mail, to: Dean M. Viskovich, Esquire, 3650 North Federal Highway, Suite 201, Pompano Beach, FL 33064 and J. P. Goshgarian, Esquire, associated with Greenberg & Lagomasino, PA, located at 799 Brickell Plaza, Suite 700, Miami, FL 33131, on this _____ day of _____, 2000.

```
                              THOMAS D. LARDIN, PA
                              Counsel for Plaintiff
                              1901 West Cypress Creek Road
                              Suite 415
                              Fort Lauderdale, FL  33309
                              Telephone:   (954) 938-4406
                              Facsimile:   (954) 938-4409

                         By:  _____
                              Thomas D. Lardin, Esquire
                              Florida Bar Number 230146
```