UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6062-CIV-FERGUSON

BRENDA DIANE WHETSEL,

    Plaintiff(s),

vs.

GENERAL AMERICAN LIFE
INSURANCE COMPANY,

    Defendant(s).
_____/



## ORDER

**Counsel for the parties shall comply with the following procedures with regard to pleadings:**

1.    <u>All</u> motions must be accompanied by a proposed order.

2.    Stamped, addressed envelopes for all counsel of record must be filed with all motions. (Local Rule 7.1 A.4)

3.    Pleadings submitted to this Court must be typed in 12 pica Times New Roman, Courier, or Courier New font. Pleadings must be **double-spaced** and shall comply with the local rules page length requirement that memorandum of law not exceed 20 pages and reply briefs not exceed 10 pages. (Local Rule 7.1 C.2)

4.    Memoranda in support of motions and responsive memoranda which exceed 20 pages shall not be filed without prior court approval. Reply briefs which exceed 10 pages shall not be filed without prior court approval. Counsel are directed <u>not</u> to file the memoranda or reply briefs



concurrent with the motion for leave to exceed page limitations.

5. Motions shall <u>not</u> be included in the Answer or any responsive pleading.

6. All <u>non-dispositive motions</u> (i.e., continuance, extensions of time) must include the position of opposing counsel.

7. Motions for continuance and/or extensions of time will be granted only under exceptional and/or compelling circumstances. Motions for continuance or extension <u>must</u> include the date of the trial and pretrial conference. Motions for extensions of time <u>must</u> include the date the pleading would originally be due.

8. Unless the Court directs otherwise, <u>all orders announced orally in Court</u> shall be prepared in writing by the attorney for the prevailing party and submitted to the Court within two days thereafter, with sufficient copies for all parties and the Court, and accompanied by stamped addressed envelopes for mailing to the parties. (Local Rule 7.1.D)

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 31st day of January, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
John Goshgarian, Esq.
Mark D. Greenberg, Esq.
Dean M. Viskovich, Esq.