UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. 00-6062        Date: 2/22/00
2. Style Whetsel v. General American
3. Plaintiff's Counsel: Tom Larden
4. Defendant's Counsel: John Gasganan
5. Type of Proceeding: Status Conference
6. Result of hearing:    Motion Granted ☐      Motion Denied ☐
7. Case Continued to: _____   Trial Set for: 10/10/2000 ~~%/%/%~~
8. Does the case require mediation? _____

Notes: Scheduling and mediation order will follow.
The motion to dismiss is granted with leave to amend.

Law Clerk:            Amparo Nisi

Courtroom Deputy:     Troy Walker

Courtroom Reporter:   Paul Hafferling