UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRENDA DIANE WHETSEL,   Case No. 00-6062-CIV-FERGUSON

    Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint and Motion for More Definite Statement [D.E.3]. Having duly considered the motion, argument of counsel and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.3] is **GRANTED** with leave to amend within fifteen (15) days.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 29th day of February, 2000.

                        WILKIE D. FERGUSON, JR.
                        UNITED STATES DISTRICT JUDGE

copies provided:
Thomas D. Lardin, Esq.
John Goshgarian, Esq.

