UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NUMBER: 00-06062 CIV FERGUSON
MAGISTRATE JUDGE SNOW

BRENDA DIANE WHETSEL,

    Plaintiff,

Vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.
_____/



**AMENDED COMPLAINT**

Plaintiff, BRENDA DIANE WHETSEL (hereinafter referred to as "Whetsel"), by and through her undersigned counsel, sues Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY (hereinafter referred to as "General American") and would state as follows:

1. This Court has jurisdiction of this matter pursuant to 28 USC Section 1332, based upon diversity of citizenship and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

2. At all times material hereto, Whetsel was a resident of the State of Florida. Plaintiff no longer resides in the State of Florida, but is not a resident or citizen of the State of Missouri.

Whetsel vs. General American

Case Number:   00-06062

3.   At all times material hereto, General American was a Missouri corporation duly licensed to transact insurance business in the State of Florida and did transact business in Broward County, Florida.  General American is a citizen of the State of Missouri.

4.   The insurance policy in question was never, at any time, part of any employee benefits plan, under ERISA or otherwise.

5.   Whetsel's employer, at all times material, was Tropical Dental Labs, Inc., a Florida corporation.  Whetsel was, at all times material, either the owner and sole shareholder or owner and principal shareholder of Tropical Dental Labs, Inc.

6.   Tropical Dental Labs, Inc. had no employee benefits plan, either orally or in writing.  Whetsel, as owner and sole or principal shareholder, did provide for her own insurance through her business, which is usual and customary in the business world.

Whetsel vs. General American

Case Number:   00-06062

7.   On or about October 29, 1995, Whetsel was involved in an incident, in the State of Florida, in which she sustained permanent personal injuries, causing her to become disabled from gainful employment generally and specifically, from being able to perform the material and substantial duties of her regular occupation at the start of the disability.  Whetsel continues to be unable to perform the material and substantial duties of her regular occupation through the present date.  Whetsel further continues, through the present date, to be unable to perform the material and substantial duties of any gainful occupation in which she could reasonably be expected to engage, based upon her education, training and experience.

8.   General American issued two (2) policies of disability income insurance to Whetsel, which provided disability income benefits to Whetsel, as a covered person under policies numbered 008429896 and 8402668.  General American, as the issuer of the policies, have possession of both insurance policies.

Whetsel vs. General American

Case Number:   00-06062


9.   The above-described policies were in full force and effect on the date that Whetsel's disability commenced and continue to be in full force and effect through the present time.

10.  Whetsel provided General American with a properly executed Application for disability Income Benefits under the insurance policies, together with relevant medical authorizations and all information requested of her.  Whetsel does not have a copy of the complete Application for Disability Income Benefits; however, General American does possess that application, as well as all related documents submitted.

11.  Whetsel has performed all conditions precedent on her part, in order to entitle her to recover disability income benefits under the policies of insurance issued by General American. Whetsel has given all appropriate notices and made specific demand for payment of benefits from General American.

Whetsel vs. General American

Case Number:   00-06062

12. General American has not made all payments of disability income benefits due Whetsel, as required by Florida law and the insurance contracts, which payments are due in Broward County, Florida.

13. General American has further failed to pay statutory interest penalties and attorneys fees, as required by law.

14. Based upon the length of Whetsel's disability, there is presently due and owing Whetsel, from General American, sums in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and attorneys fees, pursuant to Florida Statute 627.428.

15. Due to the failure of General American to pay disability benefits, in accordance with the law and Whetsel's demand, Whetsel has been required to retain the services of the undersigned counsel for the prosecution of this lawsuit. Whetsel has agreed to pay her attorneys reasonable attorneys fees, as assessed by the Court.

Whetsel vs. General American

Case Number:    00-06062


W H E R E F O R E   Plaintiff, BRENDA DIANE WHETSEL, demands judgment in money damages in excess of Seventy-Five Thousand Dollars ($75,000.00) against Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY, plus interest, costs and attorneys fees and further demands a trial by jury on all issues so triable.


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following Amended Complaint has been furnished, via United States mail, to: Dean M. Viskovich, Esquire, located at 3650 North Federal Highway, Suite 201, Pompano Beach, FL  33064 and J. P. Goshgarian, Esquire, associated with Greenberg & Lagomasino, PA, located at 799 Brickell Plaza, Suite 700, Miami, FL  33131, on this _14th_ day of March, 2000.

```
                                THOMAS D. LARDIN, PA
                                Counsel for Plaintiff
                                1901 West Cypress Creek Road
                                Suite 415
                                Fort Lauderdale, FL  33309
                                Telephone:     (954) 938-4406
                                Facsimile:     (954) 938-4409

                                By: _____
                                    Thomas D. Lardin, Esquire
                                    Florida Bar Number 230146
```