UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BRENDA DIANE WHETSEL,　　　　　　　CASE NO. 00-06062-CIV-FERGUSON
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SNOW
　　　Plaintiff,

vs.

GENERAL AMERICAN LIFE
INSURANCE COMPANY,

　　　Defendant.
_____/



### NOTICE OF PARTIES' CONSENT TO APPOINTMENT OF MEDIATOR

The Plaintiff, BRENDA DIANE WHETSEL and the Defendant, GENERAL AMERICAN LIFE INSURANCE COMPANY, through their counsel, file this Notice of Consent to Appointment of Mediator. Based on the agreement of counsel, the parties have consented to designate Maxine Caster Schindler, Esq., Mediation, Inc., 100 S.E. Third Avenue, NationsBank Tower, 18th Floor, Fort Lauderdale, Florida 33394, Tel. (954) 764-1000, as the mediator in this cause. This notice is submitted to the Court on behalf of both parties with the express consent of Plaintiff's counsel.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARK D. GREENBERG, ESQ.
　　　　　　　　　　　　　　　　　　Florida Bar No. 283959
　　　　　　　　　　　　　　　　　　Greenberg & Lagomasino, P.A.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　799 Brickell Plaza - Suite 700
　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　Tel. (305) 379-6600
　　　　　　　　　　　　　　　　　　Fax (305) 379-6612



CASE NO. 00-06062-CIV-FERGUSON

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to: THOMAS D. LARDIN, ESQ., Counsel for Plaintiff, 1901 West Cypress Creek Road, Suite 415, Fort Lauderdale, FL 33309 and DEAN M. VISKOVICH, ESQ., Co-counsel for Plaintiff, 3650 North Federal Highway, Suite 201, Pompano Beach, FL 33064, on this 4th day of April, 2000.

_____
MARK D. GREENBERG, ESQ.

F:\3420\Pleadings\Not Consent to Mediator.wpd