UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NUMBER:   00-06062 CIV FERGUSON
MAGISTRATE JUDGE SNOW

BRENDA DIANE WHETSEL,

    Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF MEDIATION

TO:   Mark D. Greenberg, Esquire    Dean M. Viskovich, Esquire
      GREENBERG & LAGOMASINO         3650 North Federal Highway
      799 Brickell Plaza                Suite 201
      Miami, FL  33131                 Pompano Beach, FL  33064

Please take notice that mediation is scheduled to take place in the above-styled case, at the location, date and time indicated below.

**DATE:**        Tuesday - May 30, 2000

**TIME:**        1 - 3pm

**LOCATION:**    **MEDIATION, INC.**

               100 SE Third Avenue

               **Fort Lauderdale, FL  33394**

**MEDIATOR:**    **Maxine Schindler**

Whetsel vs. General American

Case Number:   00-06062   CIV FERGUSON

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Mediation has been furnished, via United States mail, to the above-named addressees on this 18th day of April, 2000.

> THOMAS D. LARDIN, PA
> Counsel for Plaintiff
> 1901 West Cypress Creek Road
> Suite 415
> Fort Lauderdale, FL  33309
> Telephone:       (954) 938-4406
> Facsimile:       (954) 938-4409
>
> By: _____
>     Thomas D. Lardin, Esquire
>     Florida Bar Number 230146

cc: Mediation, Inc.