UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRENDA WHETSEL
    Plaintiff,

vs

GENERAL AMERICAN INSURANCE
    Defendant,
    _____/

CASE NO: 00-06062
(CIV-FERGUSON)
MEDIATION REPORT

Type of Case: Insurance

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Maxine Schindler, Esquire of MEDIATION, INC., on May 30, 2000.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:

    Thomas D. Lardin, Esquire

    Mark D. Greenberg, Esquire

RESPECTFULLY SUBMITTED on June 2, 2000.

JAMES B. CHAPLIN, ESQUIRE
for Maxine Schindler
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000