

*CLOSED CIVIL CASE*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BRENDA DIANE WHETSEL,                    Case No. 00-6062-CIV-FERGUSON

    Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE
COMPANY,

    Defendant
_____/

## ORDER DISMISSING CAUSE ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court on the mediator's Notice of Settlement. Having duly

considered the Notice and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice.

The Court retains jurisdiction for sixty (60) days over this cause to enter judgment or final order of

dismissal on the parties' filing of appropriate pleadings, and if necessary, to enforce settlement. It

is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order

Dismissing Cause. **The case is closed.**



Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _13TH_ day of June,

2000.

_____

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Thomas D. Lardin, Esq.
John Goshgarian, Esq.