NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO: 00-06062-CIV-FERGUSON
Magistrate Judge Snow

BRENDA DIANE WHETSEL,

Plaintiff,

vs.

**STIPULATION FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH PREJUDICE**

GENERAL AMERICAN LIFE
INSURANCE COMPANY,

Defendant.
_____/

All matters and things in dispute between the parties hereto having been resolved, it is

STIPULATED and AGREED by the parties hereto that this action be dismissed with

prejudice each party to bear their own fees and costs.

DATED this ___ day of June, 2000.

_____
MARK D. GREENBERG, ESQ.
Florida Bar No. 283959
GREENBERG & LAGOMASINO, P.A.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
Tel.: (305) 379-6600
Fax: (305) 379-6612
Counsel for Defendant

_____
THOMAS D. LARDIN, ESQ.
Florida Bar No. 230146
THOMAS D. LARDIN, P.A.
1901 W. Cypress Creek Road, #415
Fort Lauderdale, Florida 33309
Tel.: (954) 938-4406
Fax: (954) 938-4409
Counsel for Plaintiff

_____
DEAN M. VISKOVICH, ESQ.
3650 N. Federal Highway, #201
Pompano Beach, Florida 33064
Tel. (954) 943-7633
Fax: (954) 943-0481
Co-Counsel for Plaintiff