**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**



BRENDA DIANE WHETSEL,

Case No. 00-6062-CIV-FERGUSON

Plaintiff,

vs.

GENERAL AMERICAN LIFE INSURANCE
COMPANY,

Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with prejudice. Having duly considered the Stipulation and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. The Court will retain jurisdiction over this matter for a period of 60 days from the date of this order to enforce the settlement agreement, should such enforcement prove necessary. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal. **The case is closed**.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 17th day of ~~July~~ Oct., 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Thomas D. Lardin, Esq.
John Goshgarian, Esq.